# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW KOERNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al*,<br><br>　　　　Defendants. | Case No. 1:20-CV-0522<br><br>Hon. Franklin U. Valderrama<br><br>Hon. Maria Valdez |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## <u>MOTION FOR SUMMARY JUDGMENT</u>

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 56, and hereby moves for Summary Judgment. In support of its Motion, Experian submits its Memorandum of Law, its Rule 56.1 Statement of Undisputed Material Facts, supporting exhibits and declaration, all filed contemporaneously herewith, and incorporates the same as if fully set forth herein.

WHEREFORE, Defendant Experian Information Solutions, Inc. respectfully requests that the Court grant the present Motion for Summary Judgment issue an order dismissing Plaintiff's Complaint with prejudice.

Dated: February 1, 2021

Respectfully submitted,

/s/ *Christopher A. Hall*

Christopher A. Hall
chall@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
*Counsel for Experian Information Solutions, Inc.*