# EXHIBIT G



P.O. BOX 961245
Fort Worth, TX 76161·1245

8/17/2015

**Account Number:** ▮▮▮▮1507
**Collateral:** 5N1ED28T54C681485, 2004, NISSAN, XTERRA
**Payoff Amount:** $8,328.45 (This payoff is good for 15 days from today's date)
**Daily Interest:** $4.94
**Payoff Through:** 8/31/2015

To Whom It May Concern:

The estimated amount to pay off your account is  __$8,328.45__ , good through __8/31/2015__ . This payoff amount is subject to a final reconciliation and accounting and may change if there are returned payments or fees assessed on the account within 30 days of this quote. Title will not be released until the account is paid in full.

Please be advised that the payoff effective date will be the date we receive the funds.  For a payoff sent after __8/31/2015__ , please add __$4.94__ for each additional day.

Address for mailing the payoff:
  **Santander Consumer USA Inc.**
  **1010 W. Mockingbird Lane**
  **Suite 100**
  **Dallas, TX 75247**

The title will be mailed after the receipt of your payment and in accordance with the customer's state laws.

If this payoff is for a dealership you must send an authorization for payoff, signed by the customer, instructing us to mail the title to you. If you have any questions regarding this matter please feel free to contact us at 1-888-222-4227.

Sincerely,

Santander Consumer USA Inc.

© 2013 Santander Consumer USA Inc. All rights reserved.   SC-SER_25007_041513

KOERNER000149



P.O. BOX 961245
Fort Worth, TX 76161·1245

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE:** If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§362; 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

**NOTICE TO CALIFORNIA RESIDENTS:** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**NOTICE TO MAINE RESIDENTS:** Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

**NOTICE TO MASSACHUSETTS RESIDENTS:** Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

Notice of Important Rights: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to Santander Consumer USA.

**NOTICE TO NEW YORK RESIDENTS:** This collection agency is licensed by the City of Buffalo, New York License Number 556975.

**NOTICE TO NEW YORK CITY RESIDENTS:** This collection agency is licensed by the New York City Department of Consumer Affairs License Number 1343310.

Confidentiality Notice: The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual(s) or entity named in this document. If the reader is not the intended recipient, he/she is hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.

© 2013 Santander Consumer USA Inc. All rights reserved.    SC-SER_25007_041513

KOERNER000150