EXHIBIT P

PO Box 9701
Allen, TX 75013



MATTHEW MICHAEL KOERNER
14085 ALLEN RD
ALBION NY 14411

# MATTHEW MICHAEL KOERNER
## Dispute Results
### Report # 1431-7140-69 for 06/11/19

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

Some of the information contained in your consumer disclosure may have been obtained from another consumer reporting agency, Experian Data Corp. Information may be reflected differently, and additional information may be available at Experian Data Corp. To view all information maintained by Experian Data Corp. at no charge to you, please call 1 (877) 704-4519 or submit your request by mail to Experian, PO Box 26, Allen, Texas, 75013.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

**SANTANDER CONSUMER USA** 3000018361507.... **Outcome: Updated - Information on this item has been updated. Please review your report for the details.**
**FIRST PREMIER BANK** 517800642334.... **Outcome: Updated - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.**
**ENHANCED RECOVERY CO L** 201112086 Outcome: **Updated - Information on this item has been updated. Please review your report for the details.**

**Before dispute**

**SANTANDER CONSUMER USA** Partial Acct # 3000018361507.... 5201 RUFE SNOW DR NORTH RICHLAND HILLS TX 76180 (866) 923 9282

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jun 2011 | May 2012 | $212 as of Apr 2019 | |
| Address ID # | Terms | Status | |
| 0782123114 | 76 Months | Account charged off. $1 | |
| Type | Monthly payment | written off. $212 past due | |
| Auto Loan | Not reported | as of Apr 2019. | |
| Responsibility | Credit limit or original | This account is scheduled | |
| Individual | amount | to continue on record until | |
| | $12,263 | Apr 2020. | |
| | High balance | This item was updated | |
| | Not reported | from our processing of | |
| | | your dispute in May 2019. | |
| | | Date of Status | |
| | | Nov 2013 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CO | CO | CO | CO | | | | | | | | |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2014 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2013 | 30 | OK | OK | OK | OK | OK | 30 | 30 | 60 | 90 | CO | CO |
| 2012 | | | | | OK | OK | OK | OK | OK | 30 | OK | OK |

Your statement " Y   ITEM DISPUTED BY CONSUMER"

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 | Dec17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 217 | 217 | 217 |
| DPR | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Nov17 | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|---|
| AB ($) | 217 | 217 | 217 | 217 | 217 | 217 | 217 |
| DPR | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND |

The original amount of this account was $12,263

**After dispute**

**SANTANDER CONSUMER USA** Partial Acct # 3000018361507.... 5201 RUFE SNOW DR NORTH RICHLAND HILLS TX 76180 (866) 923 9282

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jun 2011 | Jun 2013 | $212 as of May 2019 | |
| Address ID # | Terms | Status | |
| 0782123114 | 75 Months | Account charged off. $1 | |
| Type | Monthly payment | written off. $212 past due | |
| Auto Loan | Not reported | as of May 2019. | |
| Responsibility | Credit limit or original | This account is scheduled | |
| Individual | amount | to continue on record until | |
| | $12,263 | Apr 2020. | |
| | High balance | This item was updated | |
| | Not reported | from our processing of | |
| | | your dispute in Jun 2019. | |
| | | Date of Status | |
| | | Nov 2013 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CO | CO | CO | CO | CO | | | | | | | |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2016 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2015 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2014 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2013 | | | | | | | OK | 30 | 30 | 60 | 90 | CO | CO |

Your statement " Y   ITEM DISPUTED BY CONSUMER"

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Apr19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 | Jan18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 212 | 217 | 217 |
| DPR | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec17 | Nov17 | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 |
|---|---|---|---|---|---|---|---|
| AB ($) | 217 | 217 | 217 | 217 | 217 | 217 | 217 |
| DPR | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 | Oct14 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND |

The original amount of this account was $12,263

**Before dispute**

MATTHEW MICHAEL KOERNER | Report # **1431-7140-69** for **06/11/19**

**PREMIER BKCRD/FIRST PREMIER** Partial Acct # 517800642334.... 601 S MINNESOTA AVE SIOUX FALLS SD 57104 (800) 987 5521

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Feb 2013 | Jan 2015 | $428 as of May 2019 | |
| Address ID # | Terms | Status | |
| 0216497863 | Not reported | Account charged off. $428 | |
| Type | Monthly payment | written off. $428 past due | |
| Credit card | Not reported | as of May 2019. | |
| Responsibility | Credit limit or original | This account is scheduled | |
| Individual | amount | to continue on record until | |
| | $300 | Mar 2020. | |
| | High balance | Comment | |
| | $429 | Account information | |
| | | disputed by consumer | |
| | | (Meets requirement of the | |
| | | Fair Credit Reporting Act). | |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in May 2019. | |
| | | Date of Status | |
| | | Jan 2015 | |

Payment history:
|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | ND  | ND  | ND  | ND  | CO  |     |     |     |     |     |     |     |
| 2018 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2017 | CO  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2016 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2015 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |

Your statement " Y ITEM DISPUTED BY CONSUMER"

**After dispute**

**PREMIER BKCRD/FIRST PREMIER** Partial Acct # 517800642334.... 601 S MINNESOTA AVE SIOUX FALLS SD 57104 (800) 987 5521

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Feb 2013 | May 2017 | $428 as of May 2019 | |
| Address ID # | Terms | Status | |
| 0216497863 | Not reported | Account charged off. $428 | |
| Type | Monthly payment | written off. $428 past due | |
| Credit card | Not reported | as of May 2019. | |
| Responsibility | Credit limit or original | This account is scheduled | |
| Individual | amount | to continue on record until | |
| | $300 | Mar 2020. | |
| | High balance | Comment | |
| | $428 | Account information | |
| | | disputed by consumer | |
| | | (Meets requirement of the | |
| | | Fair Credit Reporting Act). | |
| | | This item was updated | |
| | | from our processing of | |
| | | your dispute in Jun 2019. | |
| | | Date of Status | |
| | | May 2017 | |

Payment history:
|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | CO  | CO  | CO  | CO  | CO  |     |     |     |     |     |     |     |
| 2018 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |
| 2017 |     |     |     |     | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  |

Your statement " Y ITEM DISPUTED BY CONSUMER"

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|         | May19 |
|---------|-------|
| AB ($)  | 428   |
| DPR     | Apr26 |
| SPA ($) | ND    |
| AAP ($) | ND    |

*As of May 2019 your credit limit/high balance was $300*

**Before dispute**